Claude CASSIRER, Plaintiff–Appellee,

v.

KINGDOM OF SPAIN, a foreign
state, Defendant,

and

Thyssen–Bornemisza Collection Foun-
dation, an agency or instrumentality
of the Kingdom of Spain, Defendant–
Appellant.

Claude Cassirer, Plaintiff–Appellee,

v.

Kingdom of Spain, a foreign state,
Defendant–Appellant,

and

Thyssen–Bornemisza Collection Foun-
dation, an agency or instrumentality
of the Kingdom of Spain, Defendant.

Nos. 06–56325, 06–56406.

United States Court of Appeals,
Ninth Circuit.

Dec. 30, 2009.

Stuart Russell Dunwoody, I, Esquire, Davis Wright Tremaine, LLP, Seattle, WA, Andrew R. Hall, Esquire, Davis Wright Tremaine, LLP, Los Angeles, CA, for Plaintiff–Appellee.

William M. Barron, Esquire, Smith, Gambrell & Russell, LLP, New York, NY, Elizabeth A. Fierman, Esquire, Alston & Bird, LLP, Los Angeles, CA, for Defendant.

Walter T. Johnson, Nixon Peabody, LLP, San Francisco, CA, Thaddeus J. Stauber, Nixon Peabody, LLP, Los Ange-les, CA, for Defendant–Appellant.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonre-cused active judges, it is ordered that this case be reheard en banc pursuant to Cir-cuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.